**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Motor Credit Corporation

**Order Filed on May 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

DiMauro, Dawn E., aka Dawn E. Lomangino-DiMauro, dba Center of Counseling and Wellness, LLC

DiMauro, Bruce H.

Case No:   <u>15-16898 ABA</u>

Chapter: <u>13</u>

Hearing Date:  <u>May 15, 2018</u>

Judge:  Andrew B. Altenburg Jr.

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: May 15, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

[Type text]

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐     Real Property More Fully Described as:

■     Personal Property More Fully Describes as:

**2012 TOYOTA CAMRY, VIN: 4T4BF1FK3CR212685**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-16898-ABA
Bruce H. DiMauro                                                    Chapter 13
Dawn E. DiMauro
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: May 15, 2018
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2018.
db/jdb        +Bruce H. DiMauro,    Dawn E. DiMauro,   819 E. Moss Mill Road,   Galloway, NJ 08205-4218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018

Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2018 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Eric  Clayman   on behalf of Joint Debtor Dawn E. DiMauro jenkins.clayman@verizon.net
          Eric  Clayman   on behalf of Debtor Bruce H. DiMauro jenkins.clayman@verizon.net
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
          Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Jeffrey E. Jenkins   on behalf of Debtor Bruce H. DiMauro jenkins.clayman@verizon.net,
          jenkins.clayman@verizon.net
          Jeffrey E. Jenkins    on behalf of Joint Debtor Dawn E. DiMauro jenkins.clayman@verizon.net,
          jenkins.clayman@verizon.net
          Kevin P. Diskin   on behalf of Creditor   Toyota Motor Credit Corporation
          NJ_ECF_Notices@McCalla.com
          Melissa N. Licker   on behalf of Creditor   Toyota Motor Credit Corporation
          NJ_ECF_Notices@buckleymadole.com
          Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation
          rsolarz@kmllawgroup.com
          Stephanie F. Ritgstein   on behalf of Debtor Bruce H. DiMauro jenkins.clayman@verizon.net
          Stephanie F. Ritgstein   on behalf of Joint Debtor Dawn E. DiMauro jenkins.clayman@verizon.net
          William M. E. Powers, III   on behalf of Creditor   Bayview Loan Servicing, LLC ecf@powerskirn.com
          William M.E. Powers   on behalf of Creditor   Bank of America, N.A. ecf@powerskirn.com
          William M.E. Powers   on behalf of Creditor   Bayview Loan Servicing, LLC ecf@powerskirn.com
          William M.E. Powers, III   on behalf of Creditor   Bayview Loan Servicing, LLC ecf@powerskirn.com
          William M.E. Powers, III   on behalf of Creditor   Bank of America, N.A. ecf@powerskirn.com
                                                                              TOTAL: 17