Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  15−16898−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Bruce H. DiMauro
819 E. Moss Mill Road
Galloway, NJ 08205

Dawn E. DiMauro
aka Dawn E. Lomangino− DiMauro, dba
Center of Counseling and Wellness, LLC
702 Nacote Creek Place
Galloway, NJ 08205

Social Security No.:
  xxx−xx−9823                                                      xxx−xx−7978

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after August 6, 2020 for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☑ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: July 7, 2020
JAN: def

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Bruce H. DiMauro
Dawn E. DiMauro
    Debtors

Case No. 15-16898-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jul 07, 2020
                    Form ID: clsnodsc    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2020.
db          #+Bruce H. DiMauro,    819 E. Moss Mill Road,    Galloway, NJ 08205-4218
jdb         +Dawn E. DiMauro,    702 Nacote Creek Place,    Galloway, NJ 08205-3022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 07 2020 23:49:18     U.S. Attorney,   970 Broad St.,    Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 07 2020 23:49:15      United States Trustee,    Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,    Newark, NJ 07102-5235
                                                                                                                                TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2020 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation     dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Eric Clayman    on behalf of Joint Debtor Dawn E. DiMauro jenkins.clayman@verizon.net, connor@jenkinsclayman.com
        Eric Clayman    on behalf of Debtor Bruce H. DiMauro jenkins.clayman@verizon.net, connor@jenkinsclayman.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Jeffrey E. Jenkins    on behalf of Debtor Bruce H. DiMauro jenkins.clayman@verizon.net, connor@jenkinsclayman.com
        Jeffrey E. Jenkins    on behalf of Joint Debtor Dawn E. DiMauro jenkins.clayman@verizon.net, connor@jenkinsclayman.com
        Kevin P. Diskin    on behalf of Creditor    Toyota Motor Credit Corporation     NJ_ECF_Notices@McCalla.com
        Melissa N. Licker    on behalf of Creditor    Toyota Motor Credit Corporation     NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com
        Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation     rsolarz@kmllawgroup.com
        Stephanie F. Ritigstein    on behalf of Debtor Bruce H. DiMauro jenkins.clayman@verizon.net, connor@jenkinsclayman.com
        Stephanie F. Ritigstein    on behalf of Joint Debtor Dawn E. DiMauro jenkins.clayman@verizon.net, connor@jenkinsclayman.com
        William M. E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
        William M.E. Powers    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
        William M.E. Powers    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
        William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
        William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
                                                                                                                     TOTAL: 17