Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 15−16898−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Bruce H. DiMauro | Dawn E. DiMauro |
| 819 E. Moss Mill Road | aka Dawn E. Lomangino− DiMauro, dba |
| Galloway, NJ 08205 | Center of Counseling and Wellness, LLC |
| | 702 Nacote Creek Place |
| | Galloway, NJ 08205 |

Social Security No.:
  xxx−xx−9823                                         xxx−xx−7978

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 7, 2020</u>                     <u>Andrew B. Altenburg Jr.</u>
                                              Judge, United States Bankruptcy Court