Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  15−16898−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Bruce H. DiMauro
819 E. Moss Mill Road
Galloway, NJ 08205

Dawn E. DiMauro
aka Dawn E. Lomangino− DiMauro, dba
Center of Counseling and Wellness, LLC
702 Nacote Creek Place
Galloway, NJ 08205

Social Security No.:
  xxx−xx−9823                                          xxx−xx−7978

Employer's Tax I.D. No.:

_____

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

    All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☑    Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☑    Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☑    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations
    due have been paid.

☐    Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐    Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐    Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: August 7, 2020
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-16898-ABA
Bruce H. DiMauro                                                          Chapter 13
Dawn E. DiMauro
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 2                 Date Rcvd: Aug 07, 2020
                             Form ID: cscnodsc       Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2020.
```
db          #+Bruce H. DiMauro,    819 E. Moss Mill Road,    Galloway, NJ 08205-4218
jdb          +Dawn E. DiMauro,    702 Nacote Creek Place,    Galloway, NJ 08205-3022
cr           +Toyota Motor Credit Corporation,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
              Iselin, NJ 08830-2713
515450698     American Express,    PO Box 1270,    Newark, NJ 07101-1270
515643696     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515450700    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:   Bank of America,    PO Box 15025,    Wilmington, DE 19886-5025)
515450699     +Bank of America,    c/o Powers Kirn, LLC,    728 Marne Highway  Ste 200,
              Moorestown, NJ 08057-3128
515644016     Bank of America, N.A.,    P.O. Box 940186,    Simi Valley, CA 93094-0186
515727991     +Bayview Loan Servicing LLC,    PO Box 331409,    Miami, FL 33233-1409
515705451     +Bayview Loan Servicing, LLC,    Powers Kirn, LLC,    728 Marne Highway, Suite 200,
              Moorestown, NJ 08057-3128
515722380     +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
515475445     +Edfinancial on behalf of US Dept. of Education,    120 N. Seven Oaks Dr.,
              Knoxville, TN 37922-2359
516580862     +New Jersey E-ZPass Violations,    South Jersey Transportation Authority,    375 McCarter Highway,
              Newark NJ 07114-2562
515450704     RMA of Philadelphia, P.C.,    735 Fitzwatertown Road,    Suite 2,    Willow Grove, PA 19090-1338
517458414     +Rebecca A. Solarz, Esquire,    21 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2734
515604176    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court:   State Of New Jersey,    Division Of Taxation,    Bankruptcy Section,
              PO Box 245,    Trenton, NJ 08695-0245)
515450706     State of New Jersey,    Division of Taxation,    PO Box 445,    Trenton, NJ 08695-0445
515450708     +TD Bank USA/Target Credit,    3701 Wayzata Blvd,    Minneapolis, MN 55416-3440
515450709     THD/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
515450710     Toyota Motor Credit,    PO Box 5170,    Simi Valley, CA 93062-5170
517781962     Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
              Malvern  PA 19355-0701
515535561     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
515450712     +WFFNB/Raymour & Flanigan,    PO Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2020 01:19:21      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2020 01:19:16      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
515577822     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 08 2020 01:14:05
              American InfoSource LP as agent for,    Verizon,    PO Box 248838,
              Oklahoma City, OK  73124-8838
515450703     E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 08 2020 01:18:42      IRS,    PO Box 7346,
              Philadelphia, PA 19101-7346
515450701     E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 08 2020 01:13:07      Chase Card,
              PO Box 15298,    Wilmington, DE 19850-5298
516980536     +E-mail/Text: bnc-quantum@quantum3group.com Aug 08 2020 01:19:11
              Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788,
              Quantum3 Group LLC as agent for,    MOMA Funding LLC 98083-0788
516980535     E-mail/Text: bnc-quantum@quantum3group.com Aug 08 2020 01:19:11
              Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
515450705     +E-mail/Text: bkrpt@retrievalmasters.com Aug 08 2020 01:19:16      RMCB Collection Agency,
              4 Westchester Plaza,    Suite 110,    Elmsford, NY 10523-1615
515450707     E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2020 01:13:02      SYNCB/Ashley Furniture,
              PO Box 965036,    Orlando, FL 32896-5036
515534566     +E-mail/Text: bncmail@w-legal.com Aug 08 2020 01:19:33      TD BANK USA, N.A.,
              C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515450711     E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 08 2020 01:17:48
              Verizon,    500 Technology Drive  Ste 300,    Weldon Spring, MO 63304-2225
                                                                                          TOTAL: 11
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515450702*     Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Aug 07, 2020
                             Form ID: cscnodsc        Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2020 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Eric  Clayman    on behalf of Joint Debtor Dawn E. DiMauro jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Eric  Clayman    on behalf of Debtor Bruce H. DiMauro jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Jeffrey E. Jenkins    on behalf of Debtor Bruce H. DiMauro jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Jeffrey E. Jenkins    on behalf of Joint Debtor Dawn E. DiMauro jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Kevin P. Diskin    on behalf of Creditor    Toyota Motor Credit Corporation
           NJ_ECF_Notices@McCalla.com
          Melissa N. Licker    on behalf of Creditor    Toyota Motor Credit Corporation
           NJ_ECF_Notices@mccalla.com,  mccallaecf@ecf.courtdrive.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Stephanie F. Ritigstein    on behalf of Debtor Bruce H. DiMauro jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Stephanie F. Ritigstein    on behalf of Joint Debtor Dawn E. DiMauro jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          William M. E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
          William M.E. Powers    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
          William M.E. Powers    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                          TOTAL: 17
```