UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JENKINS & CLAYMAN**
Eric J Clayman
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

**Order Filed on November 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

      Bruce and Dawn DiMauro,

      Debtor

| | |
|---|---|
| Case No.: | 15-16898 |
| Adv. No.: | |
| Hearing Date: | November 24, 2020 |
| Judge: | Honorable Andrew B. Altenburg, Jr. |

## ORDER REOPENING CHAPTER 13 CASE FOR THE LIMITED PURPOSE OF FILING CERTIFICATION OF DEBTOR EDUCATION AND CERTIFICATION IN SUPPORT OF DISCHARGE AND WAIVING PRE-DISCHARGE REQUIREMENTS AS TO DEBTOR BRUCE DIMAURO

The relief set forth on the following page is hereby **ORDERED.**

**DATED: November 24, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of debtor, and for good cause shown, it is,
    **ORDERED** as follows:

1. This case is reopened.

2. ☐   A Trustee shall be appointed.

   ☐   A Trustee shall not be appointed.

3. ☐   The case shall be immediately reclosed.

   ☐   The case shall be closed within _____days.

   ☐   The case shall be reviewed within ___days for closing eligibility.

4. Within fourteen (14) days of the date of this order, the Debtor, Dawn DiMauro,

   shall file her Certificate of Debtor Education and Certification in Support of

   Discharge.  Thereafter, the Clerk of the Court shall process this case for

   discharge.

5. The Debtor, Bruce DiMauro is deceased, so his requirements to file his Certificate

   of Debtor Education and Certification in Support of Discharge are hereby waived.