**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Bruce H. DiMauro | Social Security number or ITIN  xxx–xx–9823 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Dawn E. DiMauro | Social Security number or ITIN  xxx–xx–7978 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:  15–16898–ABA | | |

# Order of Discharge                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Bruce H. DiMauro

Dawn E. DiMauro
aka Dawn E. Lomangino– DiMauro, dba Center of Counseling and Wellness, LLC

11/24/20

**By the court:** <u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 15-16898-ABA

Bruce H. DiMauro  Chapter 13

Dawn E. DiMauro

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3
Date Rcvd: Nov 24, 2020     Form ID: 3180W     Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Bruce H. DiMauro, 819 E. Moss Mill Road, Galloway, NJ 08205-4218 |
| jdb | + | Dawn E. DiMauro, 702 Nacote Creek Place, Galloway, NJ 08205-3022 |
| cr | + | Toyota Motor Credit Corporation, C/O Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| 515450700 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15025, Wilmington, DE 19886-5025 |
| 515450699 | + | Bank of America, c/o Powers Kirn, LLC, 728 Marne Highway Ste 200, Moorestown, NJ 08057-3128 |
| 515644016 | | Bank of America, N.A., P.O. Box 940186, Simi Valley, CA 93094-0186 |
| 515727991 | + | Bayview Loan Servicing LLC, PO Box 331409, Miami, FL 33233-1409 |
| 515705451 | + | Bayview Loan Servicing, LLC, Powers Kirn, LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 515475445 | + | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 516580862 | + | New Jersey E-ZPass Violations, South Jersey Transportation Authority, 375 McCarter Highway, Newark NJ 07114-2562 |
| 515450704 | # | RMA of Philadelphia, P.C., 735 Fitzwatertown Road, Suite 2, Willow Grove, PA 19090-1338 |
| 517458414 | + | Rebecca A. Solarz, Esquire, 21 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2734 |
| 515604176 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of New Jersey, Division Of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 515450706 | | State of New Jersey, Division of Taxation, PO Box 445, Trenton, NJ 08695-0445 |
| 515450710 | | Toyota Motor Credit, PO Box 5170, Simi Valley, CA 93062-5170 |
| 515535561 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 24 2020 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 24 2020 21:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515450698 | | EDI: AMEREXPR.COM | Nov 25 2020 01:53:00 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 515643696 | | EDI: BECKLEE.COM | Nov 25 2020 01:53:00 | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515577822 | | EDI: AIS.COM | Nov 25 2020 01:58:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 515727991 | + | EDI: LCIBAYLN | Nov 25 2020 01:53:00 | Bayview Loan Servicing LLC, PO Box 331409, Miami, FL 33233-1409 |
| 515722380 | + | EDI: CITICORP.COM | Nov 25 2020 01:53:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 515450703 | | EDI: IRS.COM | | |

Case 15-16898-ABA  Doc 117  Filed 11/26/20  Entered 11/27/20 00:17:00  Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 24, 2020 | Form ID: 3180W | Total Noticed: 34 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 515450701 | | EDI: JPMORGANCHASE | Nov 25 2020 01:53:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| | | | Nov 25 2020 01:53:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 516980535 | | EDI: Q3G.COM | Nov 25 2020 01:53:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516980536 | + | EDI: Q3G.COM | Nov 25 2020 01:53:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, MOMA Funding LLC 98083-0788 |
| 515450705 | + | EDI: RMCB.COM | Nov 25 2020 01:53:00 | RMCB Collection Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 515450707 | | EDI: RMSC.COM | Nov 25 2020 01:53:00 | SYNCB/Ashley Furniture, PO Box 965036, Orlando, FL 32896-5036 |
| 515534566 | + | Email/Text: bncmail@w-legal.com | Nov 24 2020 21:21:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515450708 | + | EDI: WTRRNBANK.COM | Nov 25 2020 01:53:00 | TD Bank USA/Target Credit, 3701 Wayzata Blvd, Minneapolis, MN 55416-3440 |
| 515450709 | | EDI: CITICORP.COM | Nov 25 2020 01:53:00 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517781962 | | EDI: BL-TOYOTA.COM | Nov 25 2020 01:53:00 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 515450711 | | EDI: VERIZONCOMB.COM | Nov 25 2020 01:53:00 | Verizon, 500 Technology Drive Ste 300, Weldon Spring, MO 63304-2225 |
| 515450712 | + | EDI: WFFC.COM | Nov 25 2020 01:53:00 | WFFNB/Raymour & Flanigan, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515450702 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2020            Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed

Case 15-16898-ABA    Doc 117    Filed 11/26/20    Entered 11/27/20 00:17:00    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 24, 2020 | Form ID: 3180W | Total Noticed: 34 |

**below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Joint Debtor Dawn E. DiMauro jenkins.clayman@verizon.net connor@jenkinsclayman.com |
| Eric Clayman | on behalf of Debtor Bruce H. DiMauro jenkins.clayman@verizon.net connor@jenkinsclayman.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Bruce H. DiMauro jenkins.clayman@verizon.net connor@jenkinsclayman.com |
| Jeffrey E. Jenkins | on behalf of Joint Debtor Dawn E. DiMauro jenkins.clayman@verizon.net connor@jenkinsclayman.com |
| Kevin P. Diskin | on behalf of Creditor Toyota Motor Credit Corporation NJ_ECF_Notices@McCalla.com |
| Melissa N. Licker | on behalf of Creditor Toyota Motor Credit Corporation NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| Stephanie F. Ritigstein | on behalf of Debtor Bruce H. DiMauro jenkins.clayman@verizon.net connor@jenkinsclayman.com |
| Stephanie F. Ritigstein | on behalf of Joint Debtor Dawn E. DiMauro jenkins.clayman@verizon.net connor@jenkinsclayman.com |
| William M. E. Powers, III | on behalf of Creditor Bayview Loan Servicing LLC ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor Bank of America N.A. ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor Bayview Loan Servicing LLC ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Bayview Loan Servicing LLC ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Bank of America N.A. ecf@powerskirn.com |

TOTAL: 17