| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**JENKINS & CLAYMAN**<br>Eric J Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor | Order Filed on November 24, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Bruce and Dawn DiMauro,<br><br>Debtor | Case No.:  15-16898<br><br>Adv. No.:<br><br>Hearing Date:  November 24, 2020<br><br>Judge:  Honorable Andrew B. Altenburg, Jr. |

# ORDER REOPENING CHAPTER 13 CASE FOR THE LIMITED PURPOSE OF FILING CERTIFICATION OF DEBTOR EDUCATION AND CERTIFICATION IN SUPPORT OF DISCHARGE AND WAIVING PRE-DISCHARGE REQUIREMENTS AS TO DEBTOR BRUCE DIMAURO

The relief set forth on the following page is hereby **ORDERED.**

**DATED: November 24, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of debtor, and for good cause shown, it is,
**ORDERED** as follows:

1. This case is reopened.

2. ☐ A Trustee shall be appointed.

   ☐ A Trustee shall not be appointed.

3. ☐ The case shall be immediately reclosed.

   ☐ The case shall be closed within _____ days.

   ☐ The case shall be reviewed within ___ days for closing eligibility.

4. Within fourteen (14) days of the date of this order, the Debtor, Dawn DiMauro, shall file her Certificate of Debtor Education and Certification in Support of Discharge. Thereafter, the Clerk of the Court shall process this case for discharge.

5. The Debtor, Bruce DiMauro is deceased, so his requirements to file his Certificate of Debtor Education and Certification in Support of Discharge are hereby waived.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 15-16898-ABA

Bruce H. DiMauro                                                                         Chapter 13

Dawn E. DiMauro

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2

Date Rcvd: Nov 24, 2020      Form ID: pdf903      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Bruce H. DiMauro, 819 E. Moss Mill Road, Galloway, NJ 08205-4218 |
| jdb | + | Dawn E. DiMauro, 702 Nacote Creek Place, Galloway, NJ 08205-3022 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2020      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Joint Debtor Dawn E. DiMauro jenkins.clayman@verizon.net connor@jenkinsclayman.com |
| Eric Clayman | on behalf of Debtor Bruce H. DiMauro jenkins.clayman@verizon.net connor@jenkinsclayman.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 24, 2020 | Form ID: pdf903 | Total Noticed: 2 |

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jeffrey E. Jenkins
    on behalf of Debtor Bruce H. DiMauro jenkins.clayman@verizon.net  connor@jenkinsclayman.com

Jeffrey E. Jenkins
    on behalf of Joint Debtor Dawn E. DiMauro jenkins.clayman@verizon.net  connor@jenkinsclayman.com

Kevin P. Diskin
    on behalf of Creditor Toyota Motor Credit Corporation NJ_ECF_Notices@McCalla.com

Melissa N. Licker
    on behalf of Creditor Toyota Motor Credit Corporation NJ_ECF_Notices@mccalla.com  mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz
    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

Stephanie F. Ritigstein
    on behalf of Debtor Bruce H. DiMauro jenkins.clayman@verizon.net  connor@jenkinsclayman.com

Stephanie F. Ritigstein
    on behalf of Joint Debtor Dawn E. DiMauro jenkins.clayman@verizon.net  connor@jenkinsclayman.com

William M. E. Powers, III
    on behalf of Creditor Bayview Loan Servicing  LLC ecf@powerskirn.com

William M.E. Powers
    on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com

William M.E. Powers
    on behalf of Creditor Bayview Loan Servicing  LLC ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Bayview Loan Servicing  LLC ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com

TOTAL: 17